STATE OF CONNECTICUT *v.* MICHAEL RAUCCI

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Donald D. Dakers,* public defender, in support of the petition.

*Steven M. Sellers,* assistant attorney general, in opposition.

Decided March 10, 1988

---

FREDERICK C. DeVITA *v.* PASQUALE F. ESPOSITO, JR., ADMINISTRATOR (ESTATES OF PASQUALE F. ESPOSITO, SR., ET AL.)

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 101, is denied.

*David M. Reilly,* in support of the petition.

*Peter M. Sipples,* in opposition.

Decided March 23, 1988

---

GEORGIANNA CZAJA *v.* JOSEPH SALLAK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 411, is denied.

*Donald J. McCarthy, Jr.,* in support of the petition.

*Gregory M. Harris* and *Jean M. D'Aquila,* in opposition.

Decided March 23, 1988